#611306   #128124

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:     *     CASE # 04-39444 W
                   CHAPTER 13
    *

David Lee Parkman, Jr.
Debtor     *

### TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. No response from the creditor – several attempts to contact them. Trustee voided several <u>returned</u> disbursement checks from the creditor stating that they no longer own that account.

2. The balance of funds for the creditor in the amount of **$1785.33** are sufficient to pay the claim on the percentages the creditor would have received under the plan if the creditor (transferor or transferee) had informed the clerk's office of any change of ownership. This case is scheduled to close as "paid in full".

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 579137 | Fleet Credit Card Services<br>c/o Bank of America<br>2 Commercial Place, 8th Floor<br>Norfolk, VA  23510 | 1321.11 | 7/31/09 |
| 588302 | Fleet Credit Card Services<br>(Same address as above) | 122.90 | 8/31/09 |
| Funds on Hand | Fleet Credit Card Services<br>(Same address as above) | 341.32 | ---- |

3. Your trustee's check #611306 for a total balance due of $1785.33 payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 11/23/09

                                      John P. Gustafson
                                      Trustee in Bankruptcy