✓#620466  #128169

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
2009 DEC 17 PM 2:50
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

IN RE:                *              CASE # 04-39444 W
                                     CHAPTER 13
                      *
David Lee Parkman, Jr.
Debtor                *

## TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. No response from the creditor – several attempts to contact them. Trustee voided several <u>returned</u> disbursement checks from the creditor stating that they no longer own that account.

2. The final balance of funds for the creditor in the amount of **$5.55** are sufficient to pay the claim on the percentages the creditor would have received under the plan if the creditor (transferor or transferee) had informed the clerk's office of any change of ownership.

3. This case is scheduled to close as "paid in full".

| **Check #** | **Payee** | **Amount** | **Date Issued** |
|---|---|---|---|
| Funds on Hand | Fleet Credit Card Services<br>c/o Bank of America<br>2 Commercial Place, 8th Floor<br>Norfolk, VA  23510 | 5.55 | --- |

4. Your trustee's check #620466 for a total balance due of $5.55 payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 12/15/09

_____
John P. Gustafson
Trustee in Bankruptcy